# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Green Plant Shop, LLC**
267 Peters Street, SW #103
Atlanta, GA 30313

85–3508245

Case No.: **24–57365–pmb**
Chapter: **7**
Judge: **Paul Baisier**

## ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

*Paul Baisier*
_____
Paul Baisier
United States Bankruptcy Judge

Dated: February 19, 2025
Form 184